UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARTINEZ W. WRIGHT,

    Plaintiff,

v.                                            CASE NO. 8:16-cv-3018-T-23AAS

CITY OF TAMPA
PUBLIC WORKS, et al.,

    Defendants.
_____/

**ORDER**

The magistrate's recommendation (Doc. 9) to dismiss the action for failure to invoke subject-matter jurisdiction is **ADOPTED**, and the action is **DISMISSED**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on January 23, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE